Timothy W. Morrow
4205 Cougar Dr.
Helena, MT 59602-7527

United States District Court
for the District of Columbia

| | |
|---|---|
| Timothy W. Morrow | ) |
| | ) Case No. 1:05-CV-01960 RJL |
| Plaintiff(s), | ) |
| | ) MOTION TO SUBMIT FOR DECISION |
| v. | ) |
| | ) |
| United States | ) |
| Defendant. | ) |
| | ) |

Plaintiff(s), Timothy W. Morrow, request(s) that the clerk of the court submit the following pleadings to the court for decision:

Plaintiff's Objection to action of the clerk of court.

Plaintiff's order requiring the clerk to sign the summonses provided by plaintiff(s).

Dated Nov. 22, 2005

*Timothy W. Morrow*
Timothy W. Morrow