Timothy W. Morrow,
4205 Cougar Dr.
Helena, MT 59602-7527

United States District Court
for the District of Columbia

Timothy W. Morrow,

    Plaintiff(s),  ) Case No. 1:05-CV-01960

v.  ) OBJECTION TO ACTION OF THE CLERK

United States

    Defendant.

  Plaintiff(s), Timothy W. Morrow, **OBJECT(S)** to the Clerks refusal to issue summonses in this matter. Such action is the cause of unnecessary delay in this matter. The clerk has no authority to make legal determinations. Such action constitutes impersonating a judge, denial of due process, obstruction of justice, malfeasance and misfeasance. The clerk is charged with filing pleadings and issuing summons. Plaintiff is entitled as a matter of law to have a summons issued. The clerk has refused to sign and issue the summonses provided by plaintiff(s). The summons prepared by plaintiff(s) are identical in every manner to the summons prepared by the court. Plaintiff(s) is/are unable to serve the complaint and summons on the defendant due to the actions of the clerk. There is no rule requiring plaintiff(s) to use a summons provided by the clerk.

  Wherefore, plaintiff(s) request(s) that the court issue its order requiring the clerk to issue the summons as prepared by the plaintiff(s) forthwith and sanction the clerk for failing/refusing to do a required duty.

Dated Nov. 22, 2005

_Timothy W. Morrow_
Timothy W. Morrow

Timothy W. Morrow
4205 Cougar Dr.
Helena, MT 59602-7527

United States District Court
for the District of Columbia

| Timothy W. Morrow | ) |
| | ) Case No. 1:05-CV-01960 |
| | ) |
| Plaintiff(s), | ) ORDER |
| | ) |
| v. | ) |
| | ) |
| United States | ) |
| Defendant. | ) |

It is hereby ordered that the clerk sign the summonses provided by plaintiff. It is further ordered that the clerk be sanctioned in the amount of $ _____ for causing a delay in this matter for failing/refusing to do a required duty.

Dated _____, 2005

_____
_____Judge

# United States District Court

FOR THE DISTRICT OF COLUMBIA

Timothy W. Morrow,

v.

United States

**SUMMONS IN A CIVIL CASE**

Case No.: 1:05-CV-01960

To:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF

Timothy W. Morrow,
4205 Cougar Dr.,
Helena, MT 59602-7527,
406-410-1080

an answer to the complaint which is herewith served upon you within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____          _____
Court Clerk                                             Date

by _____
   Deputy Clerk

# United States District Court

FOR THE DISTRICT OF COLUMBIA

Timothy W. Morrow,

v.

United States

**SUMMONS IN A CIVIL CASE**

Case No.: 1:05-CV-01960 (RJL)

To:

Kenneth L. Wainstein
United States Attorney
District of Columbia
555 4th Street NW
Washington, District of Columbia 20530

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF

Timothy W. Morrow,
4205 Cougar Dr.,
Helena, MT 59602-7527,
406-410-1080

an answer to the complaint which is herewith served upon you within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____           _____
    Court Clerk                              Date

by _____
    Deputy Clerk