AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

**RECEIVED**

District of _Columbia_

APR 0 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Timothy W. Morrow
4205 Cougar Dr.
Helena, Mt. 59602
ph. No.; (406) - 410 - 1080
V.

United States

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:05-CV0-1960
RJL

TO: (Name and address of Defendant)

Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia
20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____ 6 0 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against
you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with
the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**

CLERK

**MAR 0 8 2006**

DATE

Jackie Franci

By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 3-27-06 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| John M. Murphy | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☑ Other (specify): _Domestic Return Receipt Article Number (green card)_
_7005 1820 0008 1986 3510_

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $4.55 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/4/06
_____      _____
Date                          Signature of Server

_____
2200 N. Broba

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia
20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                            ☐ Addressee

B. Received by ( )          C. Date of Delivery
                            MAR 29 2006

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7005 1820 0008 1986 3510

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

(1) As to who may serve a summons see