IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY W. MORROW )<br>    Plaintiff, ) | No. 1:05-cv-01960 (RJL) |
| )<br>v. )<br>)<br>UNITED STATES, )<br>)<br>    Defendant. | |

## NOTICE OF APPEARANCE

Please enter the appearance of Beatriz T. Saiz as attorney for the defendant in the above-captioned proceeding.

DATED: May 23, 2006.

                                  Respectfully submitted,

                                  /s/ Beatriz T. Saiz
                                BEATRIZ T. SAIZ
                                Trial Attorney, Tax Division
                                U.S. Department of Justice
                                P.O. Box 227
                                Ben Franklin Station
                                Washington, DC 20044
                                Phone/Fax: (202) 307-6585/514-6866
                                Email: Beatriz T.Saiz@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on May 23, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Timothy W. Morrow
>4205 Cougar Drive
>Helena, MT 59602-7527

>/s/ Beatriz T. Saiz
>BEATRIZ T. SAIZ