IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY W. MORROW )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>UNITED STATES, )<br> )<br>    Defendant. | No. 1:05-cv-01960 (RJL) |

### CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing MOTION TO DISMISS, supporting MEMORANDUM, and proposed ORDER were served upon the following individual(s) on May 23, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

> Timothy W. Morrow
> 4205 Cougar Drive
> Helena, MT 59602-7527

          /s/ Beatriz T. Saiz
        BEATRIZ T. SAIZ