# UNITED STATES DISTRICT COURT
## IN THE DISTRICT OF COLUMBIA

Timothy W. Morrow,

        Plaintiff(s),

v.

United States

        Defendant.

Case No. **1:05-cv-01960** RJL

REQUEST FOR ENTRY OF DEFAULT

1. Plaintiff(s) request(s) that default be entered forthwith against defendant.

2. The record shows that plaintiff(s) filed a complaint in the instant matter on August 25, 2005;

3. The record shows that plaintiffs served the United States Attorney the summons and complaint on October 26, 2005.

4. The record shows that the defendants' answer was due on December 25, 2005.

5. The record is silent as to defendant requesting an extension of time to answer.

6. The record shows that as of this date defendant has not answered the aforementioned complaint nor has defendant defended in this matter whatsoever.

7. The record shows that this court has recognized that exhaustion of administrative remedies is non jurisdictional.

8. Therefore, court has subject matter jurisdiction and the record in this matter is clear as to defendants failure to defend,

9. Wherefore, plaintiff(s) is/are entitled to entry of default forthwith against defendant

Timothy W. Morrow v. United States.    page 1 of 4 pages    Motion for Entry of Default

RECEIVED

MAY 2 6 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

as a matter of law.

Dated May 24, 2006

*Timothy W. Morrow*
Timothy W. Morrow
4205 Cougar Dr.
Helena, MT 59602-7527

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Timothy W. Morrow,

          Plaintiff(s),

v.

United States

          Defendant.

Case No . 1:05-cv-01960

ORDER

Having considered the Motion for entry of Default filed by the plaintiffs and the entire record of these proceedings, it is clear to the court that plaintiffs are entitled to entry of default as a matter of law, it is by the Court

    ORDERED that the motion is Granted and it is further

    ORDERED that the clerk shall distribute copies of this order to all parties to this action.

    SO ORDERED this ____ day of _____ 2006

                                                  _____
                                                  United States District Judge