UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 8 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| TIMOTHY MORROW, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:05-1960 (RJL) |
| UNITED STATES, | ) |
| Defendant. | ) |

### FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 6th day of January 2007, hereby

**ORDERED** that [#7] Defendant's Motion to Dismiss is GRANTED.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge